```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------- X  Index No.
SCANTEK MEDICAL, INC.,              :
                                    :
              Plaintiff,            :  RULE 7.1 STATEMENT
                                    :
      -against-                     :
                                    :
ANGELA CHEN SABELLA and ACCORDANT   :
HOLDINGS, LLC,                      :
                                    :
              Defendants.           :
----------------------------------- X
```

Pursuant to Rule 7.1 [formerly Local General Rule 9] of the Local Rules of the U.S. District Court for the Southern and Eastern Districts of New York and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Accordant Holdings, LLC (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held: none.

Dated:    New York, New York
          January 17, 2008

                                        /s/ Kenneth Sussmane
                                        Kenneth Sussmane (KS 9301)
                                        McCue Sussmane & Zapfel, P.C.
                                        Attorneys for Plaintiffs
                                        521 Fifth Avenue
                                        28th Floor
                                        New York, New York 10175
                                        212 931-5500