UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X Index No. 08 CV 00453 (CM)
SCANTEK MEDICAL, INC.　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　:
　　　　　　　Plaintiff,　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　:　　　STIPULATION
　　-against-　　　　　　　　　　　　　 :
　　　　　　　　　　　　　　　　　　　　:
ANGELA CHEN SABELLA and ACCORDANT　　 :
HOLDINGS, LLC　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　:
　　　　　　　Defendants.　　　　　　　 :
　　　　　　　　　　　　　　　　　　　　:
------------------------------------X

IT IS HEREBY STIPULATED, CONSENTED TO AND AGREED, that (i) the time within which defendants Angela Chen Sabella ("Sabella") and Accordant Holdings, LLC ("Accordant") may appear, answer, move or otherwise respond to Plaintiff's Complaint herein is hereby extended to and including February 1, 2008; and (ii) Defendants Sabella and Accordant hereby waive any claims or defenses based on improper service or improper jurisdiction. A facsimile signature shall be deemed an original signature for purposes of this stipulation.

Dated:　　　January 22, 2008

Mintz & Fraade, P.C.　　　　　　　　　　McCue Sussmane & Zapfel, P.C.

By: _____　　　　　　　By: _____
Allan Fraade　　(AF9602)　　　　　　　 Kenneth Sussmane (KS 9301)
488 Madison Avenue　　　　　　　　　　　521 Fifth Avenue, 28th Floor
New York, New York 10022　　　　　　　　New York, NY　10175
212-486-2500　　　　　　　　　　　　　　212-931-5500
Attorneys for Plaintiff　　　　　　　　 Attorney for Defendants

SO ORDERED: _____
Colleen McMahon, U.S.D.J.
Date: 1/24/2008

| USDS SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 1/25/08 |