UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------- X   Case No. 08 cv 00453 (CM)

SCANTEK MEDICAL INC.,                                  :
                                                       :
           Plaintiff,                                  :
                                                       :
      vs.                                              :
                                                       :
ANGELA CHEN SABELLA and ACCORDANT                      :
HOLDINGS, LLC,                                         :
                                                       :
           Defendants                                  :
                                                       :
----------------------------------------------------------- X


### NOTICE OF MOTION TO DISMISS

To:
Mintz & Fraade P.C.
488 Madison Ave.
NY  NY 10022
Attorneys for Plaintiff


**PLEASE TAKE NOTICE** that, upon the Amended Complaint, the accompanying memorandum

of law, the Affidavit of Angela Chen Sabella, and the accompanying exhibits, and the Affirmation of Ken

Sussmane, and the accompanying exhibits, defendants will move this Court at the United States District

Courthouse, located at 500 Pearl Street, New York, New York, before the Honorable Colleen McMahon,

United States District Judge, for an Order dismissing the Amended Complaint for failure to state a claim

upon which relief can be granted pursuant to Fed.R.Civ.P. 12(b)(6).


Dated: New York, New York
       February 11, 2008                    _____/s/ Kenneth Sussmane___
                                            Kenneth Sussmane (KS 9301)
                                            McCue Sussmane & Zapfel, P.C.
                                            521 Fifth Avenue, 28th Floor
                                            New York, New York 10175
                                            Phone: (212) 931-5500
                                            Attorneys for Defendants