

**MINTZ & FRAADE, P.C.**
COUNSELORS AT LAW
488 MADISON AVENUE
NEW YORK, NEW YORK 10022

**MEMO ENDORSED**

TELEPHONE
(212) 486-2500

TELECOPIER
(212) 486-0701

OF COUNSEL
JAY D. FISCHER
EDWARD C. KRAMER
MELVIN L. LEBOW
KEVIN J. MCGRAW
ARTHUR L. PORTER, JR
JON M. PROBSTEIN
SEYMOUR REITKNECHT
I. FREDERICK SHOTKIN

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/14/08

February 13, 2008

**VIA FACSIMILE**

Hon. Colleen McMahon, U.S.D.J.
United States District Court, Southern District of New York
500 Pearl St., Room 640
New York, NY 10007

*[handwritten: You need to make a motion — I do not take letter motions]*

Re: Scantek Medical, Inc. v. Angela Chen Sabella and Accordant Holdings, LLC, Index No.: 08 CV 00453 (CM) (the "Lawsuit")

*[signed: McMahon 2/14/08]*

Dear Judge McMahon:

I am the attorney of record for Scantek Medical, Inc. with respect to the Lawsuit. On January 17, 2008, the attorney for the defendants, Angela Chen Sabella and Accordant Holdings, LLC, filed a Notice of Removal with respect to the Lawsuit. I am writing to seek your permission to make a motion to have the removal declared null and void because removal of the Lawsuit is improper.

The Defendants base their Notice of Removal to this Court solely upon diversity jurisdiction pursuant to 28 U.S.C. §1332.

*[handwritten margin: I do not give permission — you need not ask]*

The Defendants have waived their right to assert diversity jurisdiction as a basis for removal. All of the documents which form the basis of Plaintiff's lawsuit contains the following provision:

> The parties hereby consent to and irrevocably submit to personal jurisdiction over each of them **by the Courts of the State of New York in any action or proceeding** . . . .

- 1 -

N:\Clients\Scantek Medical Inc\Sabella\Litigation\Correspondence\Letter to Judge McMahon - Permission for Motion.vf.doc

(emphasis added). Accordingly, the removal of the Lawsuit to the United States District Court was improper because the defendants agreed to jurisdiction of the Courts of the State of New York.

In view of the foregoing, jurisdiction is not proper in the United States District Court; the removal of this matter should be deemed null and void.

Respectfully submitted,

Alan P. Fraade

cc: Kenneth Sussmane, Esq.

APF/gtk

- 2 -