UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X   Index No.: 08 CV 00453 (CM)
SCANTEK MEDICAL, INC.,

                       Plaintiff,            STIPULATION

    -against-

ANGELA CHEN SABELLA and
ACCORDANT HOLDINGS, LLC,

                       Defendant.
----------------------------------------------------------X

    IT IS HEREBY STIPULATED, CONSENTED TO AND AGREED, that the time within which plaintiff Scantek Medical, Inc. may respond to the Motion to Dismiss of defendants Angela Chen Sabella and Accordant Holdings, LLC herein is hereby extended to and including March 26, 2008. Defendants' time to reply is hereby extended to April 8, 2008. A facsimile signature shall be deemed an original signature for purposes of this stipulation.

Dated: February 13, 2008

_____              _____
Alan P. Fraade (AF 9602)                                 Kenneth Sussmane (KS 9301)
Mintz & Fraade, P.C.                                         McCue Sussmane & Zapfel, P.C.
488 Madison Avenue, Suite 1100             521 Fifth Avenue, 28th Floor
New York, New York 10022                     New York, New York 10175
(212) 486-2500                                                 (212) 931-5500
Attorney for Plaintiff                                       Attorney for Defendants

SO ORDERED:

_____
Colleen McMahon, U.S.D.J.

Date: 2/14/2008

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/14/08

C:\Documents and Settings\ksussmane\Local Settings\Temporary Internet Files\OLK9C\Stipulation to Extend Time.doc