UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

SCANTEK MEDICAL, INC.,                      Index No.: 08 CV 00453 (CM)

                  Plaintiff,            **NOTICE OF MOTION**

    -against-

ANGELA CHEN SABELLA and
ACCORDANT HOLDINGS, LLC,

                  Defendant.
------------------------------------------------------------------------X

        PLEASE TAKE NOTICE, that upon the annexed affidavit of Alan P. Fraade, dated February 26, 2008, and the exhibits annexed thereto, Plaintiff will move this Court, before the Honorable Colleen McMahon, at the Courthouse located at 500 Pearl St., New York, New York, at a date and time to be determined by the Court, for an order as follows:

    (1)  To remand this action back to Supreme Court of the State of New York; and

    (2)  For such other and further relief as to this Court may seem just and proper.

Dated: February 26, 2008
        New York, New York

                                         _/s/ Alan P. Fraade_
                                         Alan P. Fraade (AF9602)
                                         Attorney for Plaintiff
                                         Office and Post Office Address
                                         488 Madison Avenue, Suite 1100
                                         New York, New York 10022
                                         (212) 486-2500

To:    Kenneth Sussmane, Esq.
         521 Fifth Avenue, 28th Floor
         New York, New York 10175
         (212) 931-5500