```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/12/08
```

**MINTZ & FRAADE, P.C.**
COUNSELORS AT LAW
488 MADISON AVENUE
NEW YORK, NEW YORK 10022

TELEPHONE
(212) 486-2500

TELECOPIER
(212) 486-0701

OF COUNSEL
JAY D. FISCHER
EDWARD C. KRAMER
MELVIN L. LEBOW
KEVIN J. MCGRAW
ARTHUR L. PORTER, JR
JON M. PROBSTEIN
SEYMOUR REITKNECHT
I. FREDERICK SHOTKIN

March 12, 2008

Via Facsimile

**MEMO ENDORSED**

Hon. Colleen McMahon, U.S.D.J.
United States District Court, Southern District of New York
500 Pearl St., Room 640
New York, NY 10007

Re: Scantek Medical, Inc. v. Angela Chen Sabella and Accordant Holdings, LLC, Index No.: 08 CV 00453 (CM) (the "Lawsuit")

Dear Judge McMahon:

I am the attorney of record for Scantek Medical, Inc. with respect to the Lawsuit. There is currently an initial conference with respect to the Lawsuit scheduled for Friday, March 14, 2008.

Pursuant to the Order Scheduling an Initial Pretrial Conference dated January 23, 2008, if there are motions filed with respect to the Lawsuit prior to the conference date, the parties may request that the conference be adjourned until the motions are fully briefed. There are currently two motions pending with respect to the Lawsuit: a Motion to Dismiss filed by Defendants, and a Motion to Remand filed by Plaintiff. In addition, Defendants have interposed Counterclaims and a Third-Party Complaint, and the parties have agreed that Plaintiff and Third-Party Defendants have until April 19, 2008 to file opposition papers with respect to the Counterclaims and Third-Party Complaint, respectively.

I have spoken with counsel for Defendants, and we agreed that the initial conference should be adjourned at this time.

*[handwritten endorsement]: OK - but let me know when the motions are briefed.*

*[signature] Colleen McMahon 3/12/08*

N:\Clients\Scantek Medical Inc\Sabella\Litigation\Correspondence\Letter to Judge McMahon - Adjourn Conference.doc

It would be greatly appreciated if you would adjourn the initial conference currently scheduled for Friday, March 14, 2008 at 10:30 a.m. until a date to be set after the pending motions and any subsequent motions with respect to the Counterclaims and Third-Party Complaint have been fully briefed.

Respectfully submitted,

Alan P. Fraade

cc: Kenneth Sussmane, Esq.

APF/crs