UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
SCANTEK MEDICAL, INC.,

                Plaintiff,

-against-

ANGELA CHEN SABELLA and
ACCORDANT HOLDINGS, LLC,

                Defendants and Third-Party
                Plaintiffs

-against-

MINTZ & FRAADE, P.C., FRED MINTZ, ALAN
FRAADE, MINTZ & FRAADE ENTERPRISES,
LLC, ZSIGMOND L. SAGI, and GIBRALTAR
GLOBAL MARKETING LLC,

                Third-Party Defendants.
----------------------------------------X

Index No.: 08 CV 00453 (CM)

STIPULATION

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/14/08

    IT IS HEREBY STIPULATED, CONSENTED TO AND AGREED, that the time within which plaintiff Scantek Medical, Inc. may reply or otherwise move with respect to the Counterclaims of defendants/third-party plaintiffs Angela Chen Sabella and Accordant Holdings, LLC herein is hereby extended to and including April 19, 2008, and the time within which third-party defendants Mintz & Fraade, P.C., Fred Mintz, Alan Fraade, Mintz & Fraade Enterprises, LLC, Zsigmond L. Sagi and Gibraltar Global Marketing LLC may answer or otherwise move with respect to the Third Party Complaint of defendants/third-party plaintiffs Angela Chen Sabella and Accordant Holdings, LLC herein is hereby extended to and including April 19, 2008. A facsimile signature shall be deemed an original signature for purposes of this stipulation.

Dated: March 12, 2008

Alan P. Fraade (AF 9602)
Mintz & Fraade, P.C.
488 Madison Avenue, Suite 1100
New York, New York 10022
(212) 486-2500
Attorney for Plaintiff and
Third-Party Defendants

Kenneth Sussmane (KS 9301)
McCue Sussmane & Zapfel, P.C.
521 Fifth Avenue, 28th Floor
New York, New York 10175
(212) 931-5500
Attorney for Defendants and
Third-Party Plaintiffs

SO ORDERED:

Colleen McMahon, U.S.D.J.
Date: 3/14/08

N:\Clients\Scantek Medical Inc\Sabella\Litigation\Stipulation to Adjourn Initial Conference.doc