UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X   Index No.: 08 CV 00453 (CM)
SCANTEK MEDICAL, INC.,

       Plaintiff,    **STIPULATION**

-against-

ANGELA CHEN SABELLA and
ACCORDANT HOLDINGS, LLC,

       Defendant.
------------------------------------------------------------X

  IT IS HEREBY STIPULATED, CONSENTED TO AND AGREED, that the time within which plaintiff Scantek Medical, Inc. may respond to the Motion to Dismiss of defendants Angela Chen Sabella and Accordant Holdings, LLC herein is hereby extended to and including March 28, 2008. Defendants' time to reply is hereby extended to April 10, 2008. A facsimile signature shall be deemed an original signature for purposes of this stipulation.

Dated: March 21, 2008

_____
Alan P. Fraade (AF 9602)
Mintz & Fraade, P.C.
488 Madison Avenue, Suite 1100
New York, New York 10022
(212) 486-2500
Attorney for Plaintiff

_____
Kenneth Sussmane (KS 9301)
McCue Sussmane & Zapfel, P.C.
521 Fifth Avenue, 28th Floor
New York, New York 10175
(212) 931-5500
Attorney for Defendants

SO ORDERED:
_____
Colleen McMahon, U.S.D.J.

Date: 3-24-08

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
FILED: 3/24/08

N:\Clients\Scantek Medical Inc\Sabella\Litigation\Stipulation to Extend Time.Motion to Dismiss.3.21.08.doc