UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK    Attorney: MCCUE SUSSMANE & ZAPFEL, P.C.

SCANTEK MEDICAL, INC.

                              Plaintiff(s)

Index # 08 CV 00453

- against -

Purchased February 27, 2008

ANGELA CHEN SABELLA, ETANO

                              Defendant(s)

**AFFIDAVIT OF SERVICE**

- against -

MINTZ & FRAADE, P.C., ETAL

                              3rd Party Defendant(s)

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

STEVEN C. AVERY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on March 10, 2008 at 09:10 AM at

SECRETARY OF STATE
ALBANY, NY

deponent served the within 3RD PARTY SUMMONS & 3RD PARTY COMPLAINT on GIBRALTAR GLOBAL MARKETING, LLC therein named,

**SECRETARY OF STATE**   a Foreign LIMITED LIABILITY COMPANY LAW by delivering thereat one true copy to DONNA CHRISTIE, LEGAL CLERK personally, deponent knew said LIMITED LIABILITY COMPANY LAW so served to be the LIMITED LIABILITY COMPANY LAW described in said summons as said Defendant and knew said individual to be AUTHORIZED to accept thereof.

Service upon the N.Y.S. Secretary of State under SECTION 304 OF THE LIMITED LIABILITY COMPANY LAW and tendering the required fee.

**MAILING**   Deponent enclosed a copy of same in a postpaid wrapper properly addressed to the Defendant at the Defendant's actual place of business at

1705 ROUTE 46 WEST, UNIT 5
LEDGEWOOD, NJ 07852

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on March 12, 2008 by in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BLACK | 30 | 6'2 | 210 |

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: March 12, 2008

JOEL GRABER
Notary Public, State of New York
No. 02GR4699723
Qualified in New York County
Expires February 10, 2010

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified In New York County
Expires November 26, 2011

JONATHAN GRABER
Notary Public, State of New York
No. 01GR6156780
Qualified in New York County
Expires December 4, 2010

**STEVEN C. AVERY**

Invoice #: 458161

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728

UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK    Attorney: MCCUE SUSSMANE & ZAPFEL, P.C.

---

SCANTEK MEDICAL, INC.

                                Plaintiff(s)

- against -

ANGELA CHEN SABELLA, ETANO

                                Defendant(s)

- against -

MINTZ & FRAADE, P.C., ETAL

                                3rd Party Defendant(s)

Index # 08 CV 00453

Purchased February 27, 2008

Mail Date March 12, 2008

**AFFIDAVIT OF MAILING**

---

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

ANDERSON CHAN BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on March 10, 2008 at a regular depository maintained by the United States Post Office deponent mailed a copy of the 3RD PARTY SUMMONS & 3RD PARTY COMPLAINT to GIBRALTAR GLOBAL MARKETING, LLC at

1705 ROUTE 46 WEST, UNIT 5
LEDGEWOOD, NJ

Copy was mailed REGISTERED MAIL-RETURN RECEIPT REQUESTED, RECEIPT #RA 676 942 751 and was marked personal & confidential and not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

Sworn to me on: March 12, 2008

| JOEL GRABER | JOSEPH KNIGHT | JONATHAN GRABER | **ANDERSON CHAN** |
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York | License #: 1220482 |
| No. 02GR4699723 | No. 01KN6178241 | No. 01GR6156780 | Invoice #: 458161 |
| Qualified in New York County | Qualified In New York County | Qualified in New York County | |
| Expires February 10, 2010 | Expires November 26, 2011 | Expires December 4, 2010 | |

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY  10007 - (212) 619-0728

UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| SCANTEK MEDICAL, INC. | | Index # 08 CV 00453 |
| | Plaintiff(s) | Invoice Number: 458161 |
| - against - | | |
| ANGELA CHEN SABELLA, ETANO | | |
| | Defendant(s) | Notice Pursuant to SECTION 304 OF THE LIMITED LIABILITY COMPANY LAW of the State of New York |
| MINTZ & FRAADE, P.C., ETAL | | |
| | 3rd Party Defendant(s) | |

Please take notice that, pursuant to the provisions of SECTION 304 OF THE LIMITED LIABILITY COMPANY LAW of the State of New York, the legal document in the above entitled action was served upon you by service upon the Secretary of State of the State of New York. As your agent for such service, by delivering to and leaving with a person authorized by said secretary of state to receive such service, at the office of the Department of State in the City of Albany, State of New York, on March 10, 2008, a copy of the summons herein with the statutory fee of forty dollars ($40.00) and

Please take further notice that I am sending you herewith, by registered mail, a copy of said process, in this above captioned action.

Dated March 12, 2008
New York, New York

MCCUE SUSSMANE & ZAPFEL, P.C.
521 FIFTH AVENUE
28TH FLOOR
NEW YORK, NY 10175
ATTORNEY FOR PLAINTIFF
(212) 931-5500