Attorney: SUSSMAN & ZAPFEL, P.C.

SCANTEK MEDICAL, INC.

Plaintiff(s)

- against -

ANGELA CHEN SABELLA, ETANO

Defendant(s)

- against -

MINTZ & FRAADE, P.C., ETAL

3rd Party Defendant(s)

Index # 08 CV 00453

Purchased February 27, 2008

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

DAWN M. NIOLA BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on March 17, 2008 at 02:40 PM at

488 MADISON AVENUE
ROOM 1100
NEW YORK, NY 10022

deponent served the within 3RD PARTY SUMMONS & 3RD PARTY COMPLAINT on MINTZ & FRAADE, P.C. therein named,

**CORPORATION** a DOMESTIC corporation by delivering thereat a true copy of each to SHANNON CIFKA personally, deponent knew said corporation so served to be the corporation described in said 3RD PARTY SUMMONS & 3RD PARTY COMPLAINT as said Defendant and knew said individual to be the GENERAL AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | RED/BLONDE | 35 | 5'6 | 150 |

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: March 19, 2008

JOEL GRABER
Notary Public, State of New York
No. 02GR4699723
Qualified in New York County
Expires February 10, 2010

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified In New York County
Expires November 26, 2011

JONATHAN GRABER
Notary Public, State of New York
No. 01GR6156780
Qualified in New York County
Expires December 4, 2010

**DAWN M. NIOLA**
License #: 1259082
Invoice #: 458159

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728