```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/28/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X   Index No.: 08 CV 00453 (CM)
SCANTEK MEDICAL, INC.,

                    Plaintiff,              **STIPULATION**

    -against-

ANGELA CHEN SABELLA and
ACCORDANT HOLDINGS, LLC,

                    Defendants and
                    Third-Party Plaintiffs,

    -against-

MINTZ & FRAADE, P.C., FRED MINTZ, ALAN
FRAADE, MINTZ & FRAADE ENTERPRISES, LLC,
ZSIGMOND L. SAGI, and GIBRALTAR GLOBAL
MARKETING LLC,

                    Third-Party Defendants.
------------------------------------------------------------X

    IT IS HEREBY STIPULATED, CONSENTED TO AND AGREED,

1. The time within which the plaintiff and third-party defendants may answer or otherwise move with respect to the Counterclaims and/or Third-Party Complaint of defendants/third-party plaintiffs herein is hereby extended to and including May 23, 2008.

2. The defendants'/third-party plaintiffs' time to respond to any motion made by the plaintiff or the third-party defendants with respect to the Counterclaims and/or Third-Party Complaint of defendants/third-party plaintiffs herein is hereby extended to and including June 13, 2008.

3. The plaintiff's and third-party defendants' time to reply to a response to any motion made by the plaintiff or the third-party defendants with respect to the Counterclaims and Third-Party Complaint of defendants/third-party plaintiffs herein is hereby extended to and including June 27, 2008.

1

A facsimile signature shall be deemed an original signature for purposes of this stipulation.

Dated: April 24, 2008

_____
Alan P. Fraade  (AF 9602)
Mintz & Fraade, P.C.
488 Madison Avenue, Suite 1100
New York, New York 10022
(212) 486-2500
Attorney for Plaintiff/Third-Party Defendants

_____
Kenneth Sussmane (KS 9301)
McCue Sussmane & Zapfel, P.C.
521 Fifth Avenue, 28th Floor
New York, New York 10175
(212) 931-5500
Attorney for Defendants/Third-Party Plaintiffs

SO ORDERED:

_____
Colleen McMahon, U.S.D.J.

Date: 4-28-08

2

N:\Clients\Scantek Medical Inc\Sabella\Litigation\Stipulation to Extend Time - Counterclaims v.final.doc