UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
SCANTEK MEDICAL, INC.,

                                    Index No.: 08 CV 00453 (CM)

                   Plaintiff,

     -against-

ANGELA CHEN SABELLA and
ACCORDANT HOLDINGS, LLC,

                   Defendants and
                   Third-Party Plaintiffs,

     -against-

MINTZ & FRAADE, P.C., FRED MINTZ, ALAN
FRAADE, MINTZ & FRAADE ENTERPRISES, LLC,
ZSIGMOND L. SAGI, and GIBRALTAR GLOBAL
MARKETING LLC,

                   Third-Party Defendants.
-------------------------------------------------------------------X

## NOTICE OF MOTION TO DISMISS

To:
Kenneth Sussmane, Esq.
McCue Sussman & Zapfel, P.C.
521 Fifth Avenue, 28th Floor
New York, NY 10175
Attorney for Defendants and Third-Party Plaintiff

**PLEASE TAKE NOTICE** that, upon the Counterclaims and the Third-Party Complaint, the accompanying memorandum of law, the Affidavits of Alan P. Fraade, Frederick M. Mintz, Patricia Furness, and the Declaration of Zsigmond L. Sagi and the accompanying exhibits, Plaintiff and Third-Party Defendants will move this Court at the United States District Courthouse, located at 500 Pearl Street, New York, New York,

before the Honorable Colleen McMahon, United States District Judge, for an Order dismissing Counterclaims IV, V, VI, and VII of the Answer and Counterclaims and Counts IV, V, VI, VII, VIII, IX and X of the Third Party Complaint for failure to state a claim upon which relief can be granted pursuant to Fed.R.Civ.P. 12(b)(6)

Dated: New York, New York
May 23, 2008

/s/ Alan P. Fraade
_____
Alan P. Fraade (AF9602)
Co-Attorney for Plaintiff, Third Party Defendants Gibraltar Global Marketing, LLC and Zsigmond L. Sagi
Office and Post Office Address
488 Madison Avenue, Suite 1100
New York, New York 10022
(212) 486-2500

/s/ Edward C. Kramer
_____
Edward C. Kramer (EK8411)
Co-Attorney for Plaintiff, Third Party Defendants Gibraltar Global Marketing, LLC, Mintz & Fraade, P.C., Frederick M. Mintz, Alan P. Fraade and Mintz & Fraade Enterprises, LLC
Office and Post Office Address
488 Madison Avenue, Suite 1100
New York, New York 10022
(212) 490-1616