UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------X     Index No. 08 CV 00453 (CM)
SCANTEK MEDICAL, INC.,

                              Plaintiff,

                                                           **STIPULATION**

        -against-

ANGELA CHEN SABELLA and ACCORDANT
HOLDINGS, LLC,


                        Defendants and
                        Third-Party
Plaintiffs,

        -against-


MINTZ & FRAADE, P.C., FRED MINTZ,  ALAN
FRAADE, MINTZ & FRAADE ENTERPRISES,
LLC, ZSIGMOND L. SAGI, and GIBRALTER
GLOBAL MARKETING LLC,

                    Third-Party Defendants.
-----------------------------------------------------X

        IT IS HEREBY STIPULATED, CONSENTED TO AND AGREED,

1.  The time within which the defendants and third-party plaintiffs may answer or otherwise
    move with respect to the Motion to Dismiss the Counterclaims and Third-Party
    Complaint made by the plaintiff and third-party defendants herein is hereby extended to
    and including June 20, 2008.

2.  The plaintiff's and third-party defendants' time to reply to a response to any motion
    made by plaintiff and third-party defendants with respect to the Motion to Dismiss the
    Counterclaims and Third-Party Complaint made by plaintiff and third-party defendants
    herein is hereby extended to and including July 9, 2008.


USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   6/18/08

A facsimile signature shall be deemed an original signature for purposes of this stipulation.

Dated: June 10, 2008

_____
Edward C. Kramer (EK 8411)
Mintz & Fraade, P.C.
488 Madison Avenue, Suite 1100
New York, New York 10022
212-490-1616
Attorney for Plaintiff/Third-Party Defendants

_____
Kenneth Sussmane (KS 9301)
McCue Sussmane & Zapfel, P.C.
521 Fifth Avenue, 28th Floor
New York, NY 10175
212-931-5500
Attorney for Defendants/Third-Party Plaintiffs

SO ORDERED:

_____
Colleen McMahon, U.S.D.J.

Date: __6/18/08__

2