UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
Scantek Medical Inc.,

                         08 Civ. 453 (CM) (HBP)

          Plaintiff(s),

                         ORDER OF REFERENCE
   -against-                     TO A MAGISTRATE JUDGE
Angela Chen Sabella, et al,

          Defendant(s).
---------------------------------------X

The above entitled action is referred to the Honorable Henry B. Pitman, United States Magistrate Judge for the following purpose(s):

|   |   |   |   |
|---|---|---|---|
| ___ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement | ___ | Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ✓ | Specific Non-Dispositive Motion/Dispute:* <br><br> _Discovery Disputes_ | ___ | Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction |
|   |   |   | Purpose: _____ |
| ___ | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____ | ___ | Habeas Corpus |
|   |   | ___ | Social Security |
| ___ | Settlement* | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation |
| ___ | Inquest After Default/Damages Hearing |   |   |
|   |   |   | Particular Motion:_____ |
|   |   |   | All such motions:_____ |

* Do not check if already assigned for general pretrial.

Dated: July 1, 2008
       New York, New York

SO ORDERED:

_/s/ Colleen McMahon_
Hon. Colleen McMahon
United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/1/08