UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X   Index No.: 08 CV 00453 (CM)
SCANTEK MEDICAL, INC.,

                Plaintiff,                      STIPULATION

     -against-

ANGELA CHEN SABELLA and
ACCORDANT HOLDINGS, LLC,

               Defendants and
               Third-Party Plaintiffs,

     -against-

MINTZ & FRAADE, P.C., FRED MINTZ, ALAN
FRAADE, MINTZ & FRAADE ENTERPRISES, LLC,
ZSIGMOND L. SAGI, and GIBRALTAR GLOBAL
MARKETING LLC,

               Third-Party Defendants.
------------------------------------------------------------X

> USDS SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 7/10/08

     IT IS HEREBY STIPULATED, CONSENTED TO AND AGREED, that the time within which Plaintiff's and Third-Party Defendants' have to serve a Reply with respect to Plaintiff's and Third-Party Defendants' motion to dismiss the Counterclaims and Third-Party Complaint of Defendants/Third-Party Plaintiffs herein is hereby extended to and including July 18, 2008. A facsimile signature shall be deemed an original signature for purposes of this stipulation.

Dated: July 1, 2008

*/s/ Alan P. Fraade*
Alan P. Fraade (AF 9602)
Co-Attorney for Plaintiff, Third Party Defendants
Gibraltar Global Marketing, LLC and Zsigmond L. Sagi
Office and Post Office Address
488 Madison Avenue, Suite 1100
New York, New York 10022
(212) 486-2500

*/s/ Kenneth Sussmane*
Kenneth Sussmane (KS 9301)
Attorney for Defendants/Third-Party
Plaintiffs
521 Fifth Avenue, 28th Floor
New York, New York 10175
(212) 931-5500

1

_____
Edward C. Kramer (EK 8411)
Co-Attorney for Plaintiff, Third Party Defendants
Gibraltar Global Marketing, LLC, Mintz & Fraade,
P.C., Frederick M. Mintz, Alan P. Fraade and Mintz
& Fraade Enterprises, LLC
Office and Post Office Address
488 Madison Avenue, Suite 1100
New York, New York 10022
(212) 490-1616

SO ORDERED: _____
Colleen McMahon, U.S.D.J.

Date: _____7-10-08_____

2